# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 15, 2022

## NO. 03-21-00311-CR

### Ex parte Philip Clinton Allen

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying appellant's application for writ of habeas corpus entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's application for writ of habeas corpus. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.